Francis Martinez v. The State.

No. 9570.    Delivered October 21, 1925.

Murder—No Statement of Facts—No Bill of Exception.

The indictment is in regular form, and the charge of the court presented aptly the law of the case. There is no bill of exception, nor statement of facts in the record, and the judgment well be affirmed.

Appeal from the District court of El Paso County. Tried below before the Hon. W. D. Howe, Judge.

Appeal frm a conviction of murder, penalty, ninety-nine years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of El Paso county of murder, and his punishment fixed at ninety-nine years in the penitentiary.

The indictment is in regular form, and the charge of the court presented aptly the law of the case. There appears neither bill of exceptions nor statement of facts.

The judgment will be affirmed.

*Affirmed.*